UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   __CV 23-72-MWF(JCx)__                                                      Date:  February 21, 2023

Title   __Continental Insurance Company v. Expeditors International of Washington, Inc.__

Present: The Honorable:     __MICHAEL W. FITZGERALD, United States District Judge__

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 6, 2023.  (Docket No. 1).  On January 27, 2023, Plaintiff filed Proof of Service (the "POS") of the Summons and Complaint on Defendant Expeditors International of Washington, Inc.  (Docket No. 10).  The POS reflects personal service on Defendant on January 24, 2023, with a response to the Complaint due January 14, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 3, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   **CV 23-72-MWF(JCx)** | Date:  February 21, 2023 |
| Title      **Continental Insurance Company v. Expeditors International of Washington, Inc.** | |

respond to the Order to Show Cause by **MARCH 3, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm